NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEAM WORLDWIDE CORPORATION,**
*Appellant*

**v.**

**INTEX RECREATION CORP., BESTWAY (USA), INC.,**
*Appellees*

---

2022-1860

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00859.

---

**JUDGMENT**

---

ROBERT M. HARKINS, JR., Cherian LLP, Berkeley, CA, argued for appellant. Also represented by JAMES MICHAEL WOODS, Washington, DC; TIMOTHY E. BIANCHI, Schwegman Lundberg & Woessner, PA, Minneapolis, MN.

ANDREW M. MCCOY, Faegre Drinker Biddle & Reath LLP, Indianapolis, IN, argued for all appellees. Appellee Intex Recreation Corp. also represented by R. TREVOR CARTER, REID E. DODGE.

JOHN S. ARTZ, Dickinson Wright PLLC, Ann Arbor, MI, for appellee Bestway (USA), Inc.  Also represented by STEVEN A. CALOIARO, Reno, NV.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 11, 2023
Date

Jarrett B. Perlow
Clerk of Court